U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC 0 3 2002

ROBE*** ** SHERWELL, CLERK
BY_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

CVO2 - 2471  L-O

| | | |
|---|---|---|
| LOIS JEAN LEWIS, | )( | CIVIL ACTION NO: _____ |
| Plaintiff | )( | |
| | )( | |
| VERSUS | )( | **JUDGE DOHERTY** |
| | )( | JUDGE _____ |
| HCA HEALTH SERVICES OF | )( | |
| LOUISIANA, INC., | )( | MAGISTRATE JUDGE HILL |
| Defendant. | )( | MAGISTRATE _____ |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Lois Jean Lewis, complaining of the defendant, who alleges:

1.

Plaintiff is a major resident and domiciliary of the State of Louisiana.

2.

Defendant, HCA Health Services of Louisiana, Inc., is a domestic business corporation licensed to do and actually doing business in the Parish of Iberia, State of Louisiana as Dauterive Hospital.

3.

Plaintiff asserts a claim against defendant, HCA Health Services of Louisiana, Inc. d/b/a Dauterive Hospital, for violations of the Emergency Medical Treatment and Active Labor Act ("EMTALA"), which is provided for in 42 U.S.C. Section 1395dd.

4.

The jurisdiction of this Honorable Court is based on federal question jurisdiction pursuant

to 28 U.S.C. Section 1331.

5.

On December 11, 2000, Lois Jean Lewis was admitted to Dauterive Hospital, through the emergency room, with signs and symptoms of a stroke.

6.

Upon admission, Dr. Craig Frederick and the staff of Dauterive Hospital provided medical care and treatment to Lois Jean Lewis for a stroke and related problems.

7.

On December 19, 2000, Dr. Frederick ordered the discharge of Lois Jean Lewis from Dauterive Hospital to her home.

8.

Later on December 19, 2000, Dr. Frederick withdrew his discharge order and initiated discharge planning to attempt to place Mrs. Lewis in an inpatient facility for rehabilitation.

9.

Thereafter, Dr. Frederick referred Mrs. Lewis to HealthSouth Rehabilitation Hospital for evaluation and possible admission.

10.

On December 21, 2000, two days after the initial discharge order was made, Dauterive Hospital discharged Lois Jean Lewis and made arrangements for her to be physically transferred to HealthSouth Rehabilitation Hospital in Lafayette.

11.

At the time of her admission to the hospital, Lois Jean Lewis had no medical/health insurance. This information was requested by and provided to Dauterive Hospital and Dr. Frederick.

12.

HCA Health Services of Louisiana, Inc. d/b/a Dauterive Hospital is a participating hospital

and a Medicare-provider hospital, having executed a medical provider agreement with the United

States Department of Health and Human Services pursuant to 42 U.S.C. Section 1395cc, within the

definitions of EMTALA and is subject to the provisions of that act.

13.

Prior to and during the transfer, and upon admission to HealthSouth Rehabilitation Hospital,

Lois Jean Lewis was obtunded, lethargic, poorly responsive and hypotensive.

14.

Dauterive Hospital made an inappropriate transfer of Lois Jean Lewis because she was

suffering from a serious, life threatening condition and was in a significantly unstable physical

condition at the time of her transfer to HealthSouth Rehabilitation Hospital.

15.

Dauterive Hospital, and its staff, failed to recognize Lois Jean Lewis' dehydrated condition

and failed to stabilize her medical condition prior to discharging her.

16.

Dauterive Hospital, and its staff, failed to notify Dr. Frederick of changes in Mrs. Lewis'

condition that occurred on December 20 and 21, 2000.

17.

Dauterive Hospital also failed to transfer Lois Jean Lewis with qualified personnel and

without utilizing appropriate transportation equipment to ensure the health and safety of Ms. Lewis.

18.

By reason of the aforesaid violations of EMTALA by Dauterive Hospital, plaintiff is entitled

to recover all damages available under the laws of the State of Louisiana, under EMTALA and other applicable Federal laws, and such other equitable relief as may be appropriate.

WHEREFORE, plaintiff, Lois Jean Lewis, prays for judgment in her favor against the defendant, HCA Health Services of Louisiana, Inc. d/b/a Dauterive Hospital, for money damages reasonable in the premises, civil penalties, together with legal interest and all costs incurred in these proceedings. Plaintiff also prays for all general and equitable relief that is within the discretion of the trial court.

_____
Benjamin P. Mouton, T.A.
**McGlynn, GLISSON & KOCH, PLC**
340 Florida Street (70801)
P.O. Box 1909
Baton Rouge, LA 70821
Telephone: 225/344-3555
Facsimile: 225/344-3666
I.D. # 20305