

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
AUG 15 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

| | | |
|---|---|---|
| LOIS JEAN LEWIS | * | CIVIL ACTION NO. 02-2471 |
| VS. | * | MAGISTRATE JUDGE HILL |
| H C A HEALTH SERVICES OF LOUISIANA, INC., ET AL | * | BY CONSENT OF THE PARTIES |

### 60-DAY JUDGMENT OF DISMISSAL

The Court having been advised by counsel that the above action has been settled:

IT IS ORDERED that this action is DISMISSED without prejudice to the right upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

Signed this ___ day of August, 2003, at Lafayette, Louisiana.

JUDGMENT ENTERED
August 15, 2003
BY _____
COPY ____ Mouton
        Thornton

C. Michael Hill
_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 8-15-03
BY: gbr
TO: cm/H gbr

